UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:23-CR-000068 |
| | ) | JUDGE VARLAN |
| MELODY SASSER | ) | |
| | ) | |

**MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL**

NOW COMES the Defendant, Melody Sasser, by and through undersigned counsel, and hereby respectfully requests that the proposed documents in the above-referenced matter be sealed due to the sensitive nature of the material contained therein.

WHEREFORE, Ms. Sasser respectfully requests that the proposed documents be sealed with the exception that undersigned counsel will provide a copy to the United States Attorney's Office and to the United States Probation Office.

Respectfully submitted this 16th day of September, 2024, by:

                                        */s/ M. Jeffrey Whitt*
                                        M. Jeffrey Whitt, BPR #015079
                                        WHITT, COOPER, HEDRICK & WOJCIK
                                        607 Market Street, Suite 1100
                                        Knoxville, Tennessee 37902
                                        (865) 524-8106
                                        whitt@knoxdefense.com
                                        *Attorney for Melody Sasser*

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that on September 16, 2024, the foregoing was filed electronically. Notice of this filing was sent by operation of the court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

                                                            /s/ *M. Jeffrey Whitt*
                                                            M. Jeffrey Whitt