# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE

Case No. 3:23-CR-68   Date: September 18, 2024

United States of America   vs.   Melody Sasser

**PROCEEDINGS:** Sentencing Hearing.

---

HONORABLE THOMAS A. VARLAN, UNITED STATES DISTRICT JUDGE

---

| Julie Norwood | Terri Grandchamp | Travis Worthington |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Probation Officer** |

Anne Marie Svolto                          M. Jeffrey Whitt
**Asst. U.S. Attorney**                    **Attorney for Defendant**

**JUDGMENT OF THE COURT:**
- 100 Months of Imprisonment
- Followed by 3 Years Supervised Release
- Special Assessment in the amount of $100.00 and restitution in the amount of $5,389.31. The Court finds that the defendant does not have the ability to pay a fine and therefore will waive the fine.
- The court recommends that the defendant receive 500 hours of substance abuse treatment from the Bureau of Prisons' Institution Residential Drug Abuse Treatment Program and a mental health evaluation and any treatment deemed appropriate. It is further recommended that the defendant be designated to Alderson.
- Defendant to remain in the custody of the United States Marshal

2:05 p.m. to 3:15 p.m.