UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 3:23-CR-00068-001 |
| MELODY SASSER, | ) ) ) |
| Defendant, | ) |

## RELEASE OF JUDGMENT LIEN

The United States of America releases the judgment lien entered in the above-styled case in the District Court for the Eastern District of Tennessee. The United States hereby releases the Notice of Lien filed by our office on October 17, 2024, in Knox County, TN, and recorded in Instrument Number 202410170021013.

Respectfully submitted,

FRANCIS M. HAMILTON III
United States Attorney

By: *Daniel P. Nugent*
DANIEL P. NUGENT
Assistant United States Attorney
DC Bar No. 499927
800 Market Street, Suite 211
Knoxville, Tennessee 37902
Daniel.Nugent@usdoj.gov
(865) 545-4167

Sworn before me this 26th day of November, 20 25

*Laura M. Clapp*
Notary Public

My commission expires: 1/31/2027